**UNITED STATES  DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEBRA DRETAR** | * | **CIVIL ACTION** |
| | * | **NO.** |
| **v.** | * | **JUDGE** |
| **UNITED STATES TRUSTEE** | | |
| **AND ROBERT C. GRAVOLET** | * | **MAGISTRATE** |

\*      \*      \*

<u>**NOTICE OF REMOVAL**</u>

The United States of America, on behalf of the Federal Defendants named herein, in their official capacities, and the Federal Defendants named herein, in their individual capacities, represented  by the undersigned Assistant United States Attorney, removes this action from state court to federal district court.  As grounds for removal it is respectfully represented:

**I.**

Federal employees/entities have been made defendants in the above-captioned civil action now pending in the Civil District Court, Parish of Orleans, State of Louisiana, No. 10-11808, Division B.

- 1 -

## II.

This case may be removed from the Civil District Court for the Parish of Orleans to this Honorable Court because it is an action against employees of the United States or agencies thereof for acts under color of such office.  Further, it is an action of which the district courts of the United States would have original jurisdiction.  Accordingly, removal is proper pursuant to 28 U.S. C. § 1441(a) and 28 U.S.C. § 1442.

## III.

A copy of all pleadings and other documents served upon the Federal employees is attached to this Notice.

## IV.

This action now pending in the Civil District Court, Parish of Orleans, State of Louisiana, is properly removed to this Court pursuant to 28 U.S. C. § 1441(a) and 28 U.S.C. § 1442.


Respectfully submitted,

**JIM LETTEN**
**UNITED STATES ATTORNEY**

   ___*/s/ Sandra Ema Gutierrez*___
**SANDRA EMA GUTIERREZ**
**Assistant United States Attorney**
La. Bar Roll #17888
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana   70130
Telephone:  (504) 680-3124

## CERTIFICATE OF SERVICE

I hereby certify that on **March 14, 2011**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: **n/a**. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: **Debra Dretar, through her Attorney of Record, Jason C. Kuczek, Orleans Legal, 1100 Poydras Street, Suite 2900, New Orleans, LA, 70163**.

   */s/  Sandra Ema Gutierrez*
**SANDRA EMA GUTIERREZ**