

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 10-11808                        DIV. B

DEBRA DRETAR

VERSUS

THE UNITED STATES TRUSTEE and ROBERT C. GRAVOLET    SECTION 15

FILED: _____

                                             DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel comes Plaintiff, Debra Dretar, a person of the full age of majority, and resident and domiciliary of the Parish of Orleans, State of Louisiana, and represents, avers, and states the following:

1.

Made Defendants herein are:

**The United States Trustee Region 5,** a federal government entity with its primary location located at 400 Poydras Street, Suite 2110, New Orleans, LA 70130.

**Robert C. Gravolet,** a person of the full age of majority, made party to this suit in his personal and official capacities, and resident and domiciliary of the State of Louisiana.

2.

Venue is proper in this action pursuant to Louisiana Code of Civil Procedure Art. 74. The wrongful conduct alleged herein occurred in the Parish of Orleans, and the majority of the damages related thereto were sustained in the Parish of Orleans.

3.

On or around December 30, 2008, Debtor Aneka Melvin Armstrong filed a pro se Voluntary Petition for Bankruptcy Protection in the U.S. Bankruptcy Court for the Eastern District of Louisiana, Petition No. 08-13204.

4.

The Office of the U.S. Trustee was represented in the above referenced action by attorney Robert C. Gravolet.



*Page 1 of 3*

5.

On May 28, 2009, Mr. Gravolet commenced a Motion for Sanctions against the present Petitioner, Debra Dretar, alleging, inter alia, that Ms. Dretar had acted as a bankruptcy petitioner preparer, had failed to properly carry out these duties, and had accepted monies from the debtor in payment for these services.

6.

Upon information and belief, prior to or during the course of discovery, Mr. Gravolet became aware that the basis for the motion for sanctions was not supported by evidence. Specifically, prior to submitting his initial motion, Mr. Gravolet could not have been unaware that no credible evidence existed establishing a connection between the company contacted by the debtor, and Ms. Dretar. Additionally, Mr. Gravolet was aware that Ms. Dretar neither prepared, executed, or submitted any documents to the court relative to the bankruptcy of Aneka Armstrong. Finally, Mr. Gravolet was aware, prior to the filing of his motion that Ms. Dretar was not in the State of Louisiana at the time she allegedly violated the bankruptcy code.

7.

Upon information and belief, the Defendants knew, or could not have been unaware that several components of the filed Motion for Sanctions were factually inaccurate, untrue, and/or inconsistent.

8.

The Defendants proceeded with the prosecution of Sanctions against Ms. Dretar notwithstanding actual knowledge of a lack of factual basis for Mr. Gravolet's actions against her, and therefore proceeded without probable cause.

9.

After several months of discovery, and after significant expense was incurred by the present Petitioner, Mr. Gravolet's motion was heard and ultimately denied in an order signed November 23, 2009 by the Honorable Jerry A. Brown, thereby terminating the action against Ms. Dretar.

10.

Shortly after the conclusion of the hearing, and notwithstanding the fact that the evidence had exonerated Ms. Dretar of any wrongdoing, Mr. Gravolet confronted the Petitioner and stated

to her that regardless of the outcome of the Motion, he would continue to pursue her as long as she remained in business.

11.

Upon information and belief, Mr. Gravolet harbors a strong personal resentment against Ms. Dretar, and has abused his position within the U.S. Trustee Program to attempt to drive her out of business.

12.

On at least one occasion, Mr. Gravolet has entered on residential property owned by Ms. Dretar in an effort to locate and personally confront her regarding the operation of her business.

13.

As a direct and proximate result of Mr. Gravolet's actions, Ms. Dretar has incurred significant pecuniary and non-pecuniary damages, including but not limited to the cost of defending Mr. Gravolet's baseless accusations, loss of income, severe emotional distress and keen mental anguish, and any other element of damage established at trial on the merits.

WHEREFORE, Plaintiff prays that the Defendants, THE UNITED STATES TRUSTEE REGION 5, and ROBERT C. GRAVOLET be duly cited to appear and that after all legal proceedings and due delays are had there be judgment in favor of the Petitioner, DEBRA DRETAR, and against the Defendants, in an amount deemed reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, plus attorney fees, all costs and disbursements of these proceedings, and for all general and equitable relief provided by law.

Respectfully Submitted,

Jason C. Kuczek (Bar No. 32046)
Orleans Legal
1100 Poydras Street, Suite 2900
New Orleans, LA 70163
504-585-7318
Fax 888-401-7850
*Attorney for Petitioner*

**SERVICE INSTRUCTIONS:**

**PLEASE WITHHOLD SERVICE AT THIS TIME**

**ATTORNEY'S NAME:** Kuczek, Jason 32046
**AND ADDRESS:** 4439 ANNUNCIATION ST.
New Orleans LA 70115

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 — 11808 1 DIVISION: B SECTION: 15

DRETAR, DEBRA VERSUS UNITED STATES TRUSTEE ET AL

## CITATION

**TO:** UNITED STATES TRUSTEE
THROUGH:
400 POYDRAS STREET, SUITE 2110

NEW ORLEANS LA 70130

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

**\*\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 28, 2011

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by_____
Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On UNITED STATES TRUSTEE | On UNITED STATES TRUSTEE |
| THROUGH: | THROUGH: by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ UNITED STATES TRUSTEE |
| Returned same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ | being absent from the domicile at time of said service. Returned same day _____ No. _____ Deputy Sheriff of _____ |
| _____/ ENTERED /_____ PAPER RETURN _____/_____/_____ SERIAL NO. DEPUTY PARISH | |

ATTORNEY'S NAME: Kuczek, Jason   32046
AND ADDRESS:   4439 ANNUNCIATION ST.
               New Orleans   LA   70115

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2010 -- 11808   2   DIVISION: B   SECTION: 15

DRETAR, DEBRA VERSUS UNITED STATES TRUSTEE   ET AL

CITATION

TO: GRAVOLET, ROBERT C.
THROUGH:
400 POYDRAS STREET, SUITE 2110

NEW ORLEANS   LA   70130

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   February 28, 2011   .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
              Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On GRAVOLET, ROBERT C. | On GRAVOLET, ROBERT C. |
| THROUGH: | THROUGH: |
|  | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ GRAVOLET, ROBERT C. |
| Returned same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ | |
| _____/ ENTERED /_____ PAPER           RETURN ____/_____/_____ SERIAL NO.   DEPUTY   PARISH | being absent from the domicile at time of said service. Returned same day _____ No. _____ Deputy Sheriff of _____ |